FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

97 APR -9 PM 12:55

U.S. DISTRICT COURT
N.D. OF ALABAMA

BETTYE L. COUGHLIN,            )

    PLAINTIFF,                 )

VS.                            )        CV94-H-2310-S

BAPTIST MEDICAL CENTER, ET AL., )

    DEFENDANTS.                )

ENTERED

APR - 9 1997

## MEMORANDUM OF DECISION

While the complaint in this action sought to pursue a variety of state law claims against numerous defendants, those claims properly were presented to this court by virtue of its federal question jurisdiction under 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331. On November 4, 1994 the court entered a partial final judgment under Rule 54(b) resulting in the dismissal of the vast majority of the claims and defendants. Plaintiff filed an appeal but the partial final judgment was affirmed by the Eleventh Circuit Court of Appeals on April 5, 1996. After the November 4, 1994 partial final judgment, remaining as defendants in this action were Baptist Medical Center - Princeton; Dr. Luis O. Vasconez (but only as to a state law claim of false imprisonment); Dr. Rayford Thweat (but only as to a state law claim of slander); Michael Buchanan; the estate of Dr. Dan Merck; and Barbara Merck.[1]

---

[1] The November 4, 1994 order allowed plaintiff to amend her complaint to pursue certain claims against Blue Cross and Blue Shield of Alabama and/or Pennsylvania Blue Shield. She amended her complaint and on December 16, 1994 the court granted partial final summary judgment under Rule 54(b) dismissing all of the claims included in the amended complaint. There was no appeal from that partial final judgment.

While in all likelihood the complaint states no claim against Michael Buchanan, the estate of Dr. Dan Merck or Barbara Merck, any such arguable claim would be a state law claim. Such fact is not of significance in that none of these defendants have been served with a copy of the summons or complaint and none of them have voluntarily entered an appearance in this court.

On March 13, 1995 the court entered partial final judgment under Rule 54(b) dismissing all claims against Baptist Medical Center-Princeton. On March 17, 1995 plaintiff filed a notice of appeal from the March 13, 1995 partial final judgment. That appeal was dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit on July 3, 1996.

As noted earlier, the only claims remaining in this action are a state law tort claim of false imprisonment against Defendant Vasconez; a state law tort claim of slander against defendant Thweat and arguable state law claims against the non-served defendants Buchanan, Merck and the estate of Merck. Pursuant to 28 U.S.C. § 1367(c)(3) all such claims or arguable claims will be by separate order dismissed.

DONE this the 9th day of April, 1997.

SENIOR UNITED STATES DISTRICT JUDGE